STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant SCALISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-15 - 126 WHA |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | |
| ) | |
| PETER SCALISE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The defendant Peter Scalise has pleaded guilty in this matter, and is currently set for sentencing on May 31, 2016.  At the time the case was set for sentencing, counsel did not realize that he would be out of town for the advanced Federal Defender Seminar in Pittsburgh, PA that week. Because of other scheduling conflicts and planned medical procedures, defense counsel would like to set this matter for sentencing on August 23, 2016, which is the day set for at least one of the other codefendants in this matter.  Both the Assistant United States Attorney and the Probation Officer are available on that date.

It is therefore stipulated and agreed that the sentencing in this matter be set for August 23, 2016.

\\

\\

1

| | | |
|---|---|---|
| 1 | Date: May 9, 2016 | /s/ |
| 2 | | Geoffrey A. Hansen |
| | | Chief Assistant Federal Public Defender |
| 3 | Date: May 9, 2016 | /s/ |
| 4 | | |
| 5 | | Lloyd Farnham |
| | | Assistant United States Attorney |

IT IS SO ORDERED.   The sentencing is hereby set for August 23, 2016, at Two P.M.

Date:  May 10, 2016.    _____
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

2